UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CV-125

| | |
|---|---|
| JACKIE UNDERWOOD, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Plaintiff's motion for summary judgment and Defendant's motion for remand to the Acting Commissioner. (Doc. No. 15). Plaintiff, through counsel, consents to Defendant's motion for remand to the Acting Commissioner.

The motion is **GRANTED**. For good cause shown, the Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

To this extent, Plaintiff's pending Motion for Summary Judgment, (Doc. No. 13), shall be **TERMINATED** as **MOOT**.

Signed: January 24, 2022

Max O. Cogburn Jr.
United States District Judge