UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CV-125

| JACKIE UNDERWOOD, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Attorney Fees.[1] (Doc. No. 20). The motion is **GRANTED**, as the Court finds that the amount requested is reasonable.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,555.98 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,650.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $4,555.98, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $3,650.00 and upon the payment of such sums, this case is dismissed with prejudice.

Signed: August 24, 2023

Max O. Cogburn Jr
United States District Judge

---

[1] Defendant filed a belated response, in which Defendant indicates that she does not oppose the requested fee amount.